UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | Hon. Douglas E. Arpert |
| v. | : | |
| | : | Crim. No. 16-168 |
| MIGUEL MARMOLEJOS | : | |
| | : | **ORDER** |

THIS MATTER, having come before the Court on a Petition and Order for Summons for an Offender Under Supervision issued on February 17, 2021 by Hon. Michael A. Shipp, U.S.D.J. (the "Petition"); and the United States being represented by Rachael A. Honig, Acting United States Attorney (Jonathan M. Peck, Assistant United States Attorney, Appearing); and the Defendant, Miguel Marmolejos, being represented by Michael Policastro, Esq.; and the parties having appeared for an initial appearance regarding the Petition on April 1, 2021; and for the reasons set forth by the Court at the hearing and for good cause shown,

It is on this 1st day of April, 2021, **ORDERED** that:

1. Defendant shall submit to Home Incarceration and comply with all requirements related thereto as directed by the U.S. Probation Office. Defendant is restricted to his residence 24 hours a day except for medical necessities, substance abuse and mental health treatment, court appearances, attorney visits, or other activities specifically approved by the Court.

2. Defendant shall also submit to the Location Monitoring Program and comply with requirements as directed by the U.S. Probation Office. The location monitoring

technology is at the discretion of the U.S. Probation Office. The cost of the monitoring is waived.

3. All other conditions of Defendant's supervised release as set forth in the Judgment of Conviction dated January 7, 2021 and all other prior Judgments of the District Court shall remain in full force and effect.

4. All conditions set forth herein shall remain in place until a hearing can be held on the underlying Petition or until otherwise modified by the Court.

                                                   HON. DOUGLAS E. ARPERT
                                                   United States Magistrate Judge